COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



|  |  |  |
|---|---|---|
| | § | |
| CHRISTOPHER M. OLSEN AND | | |
| CATHY A. OLSEN, | § | |
| | | No. 08-14-00258-CV |
| Appellants, | § | |
| | | Appeal from |
| v. | § | |
| | | 126th District Court |
| MORTGAGE ELECTRONIC | § | |
| REGISTRATION SYSTEMS (MERS), | | of Travis County, Texas |
| | § | |
| Appellee. | | (TC # D-1-GN-13-003043) |
| | § | |

## MEMORANDUM OPINION

Pending before the Court is a motion filed by Appellee, Mortgage Electronic Registration Systems (MERS), to dismiss the appeal for want of jurisdiction because the order being appeal is not a final judgment or an appealable interlocutory order. We grant the motion and dismiss the appeal.

Appellants filed notice of appeal from an order entered by the trial court on July 21, 2014 granting summary judgment in favor of MERS and MERS filed a motion to dismiss the appeal for want of jurisdiction. The Third Court of Appeals transferred the appeal to this Court on September 11, 2014 pursuant to a docket equalization order.

It is well settled that appellate courts have jurisdiction over final judgments, and such interlocutory orders as the Legislature deems appealable by statute. *Lehmann v. Har-Con*

*Corporation*, 39 S.W.3d 191, 195 (Tex. 2001); *Ruiz v. Ruiz*, 946 S.W.2d 123, 124 (Tex.App.--El Paso 1997, no pet.); TEX.CIV.PRAC.&REM.CODE ANN. § 51.014 (West Supp. 2014) (authorizing appeals from certain interlocutory orders). The order is not final because LPP Mortgage's counterclaim remains pending against Appellants. Further, there is no statutory provision authorizing an appeal from this interlocutory order. Accordingly, we grant the motion and dismiss the appeal for want of jurisdiction. *See* TEX.R.APP.P. 42.3(a).

September 18, 2014

ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rodriguez, J., and Barajas, C.J., (Senior Judge)
(Barajas, C.J., Senior Judge, sitting by assignment, not participating)